UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH LAUFER, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:20-cv-02301-JPW |
| KUMAR, INCORPORATED, A Pennsylvania Business Corporation, | : |
| Defendant. | : |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, on March 10, 2021, Plaintiff DEBORAH LAUFER ("Plaintiff") and Defendant, KUMAR, INCORPORATED ("Defendant"), reached a confidential agreement resolving their disputes ("the Agreement").

IT IS HEREBY STIPULATED by Plaintiff and Defendant, subject to approval by the Court, that all claims between Plaintiff and Defendant are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This Stipulation and Order of Dismissal are pursuant to the Agreement.

STIPULATED AND AGREED BY:

*/s/ John F. Ward*
John F. Ward, Esquire
THOMAS B. BACON, P.A.
329 S. Devon Ave.

Wayne, PA 19087
Phone: 610-952-0219
Fax: 954-237-1990
johnfward@gmail.com


*/s/ James N. Clymer*
James N. Clymer, Esquire
*Clymer Musser & Sarno, P.C.*
408 West Chestnut St.
Lancaster, PA 17603
Phone: (717) 299-7101
Fax: (717) 299-5115
jim@clymerlaw.com

                        IT IS SO ORDERED:

                        _____
                        JENNIFER P. WILSON
                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL was filed electronically with the Court and thereby served upon counsel of record for Defendant.

Date: March 19, 2021            /s/ John F. Ward
                                John F. Ward, Esquire